UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80114-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALVIN G. KEEL,

        Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon the Report and Recommendation of a United States Magistrate Judge as to the above named Defendant's Motion to Dismiss Indictment (DE 25), filed on September 5, 2006 and the Government's response (DE 28), filed on September 22, 2006. Upon consideration of the Report and Recommendation and in accordance with 28 U.S.C. §636(B)(1)(c), it is

**ORDERED and ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is **ADOPTED.**

2. Defendant's Motion to Dismiss (DE 25) is **DENIED**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this _17_ day of ____Oct.____, 2006.

Copies to:
U.S. Magistrate Judge Ann E. Vitunac
Counsel of Record

Daniel T. K. Hurley
United States District Judge